IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALBERTO DURAN,**

    **Plaintiff,**

**v.**                                                                                          **No. 12-cv-0739 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

    **Defendant.**

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. 2] ("Motion"), filed on July 9, 2012. Plaintiff requests that he be permitted to proceed in accordance with 28 U.S.C. § 1915. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefore.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**